*E-Filed 01/15/2010*

KATE WELLS, State Bar #107051
Attorney at Law
2600 Fresno Street
Santa Cruz, California 95062
Telephone: (831) 479-4475
Facsimile: (831) 479-4476

Attorney for Plaintiff,
    FRANCISCO HUEZO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HUEZO,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF WATSONVILLE;<br>OFFICER E. RODRIGUEZ;<br>OFFICER M. CHAPPELL;<br>OFFICER C. RANGEL; OFFICER<br>M. GONZALEZ; and DOES ONE<br>through 15;<br><br>    Defendants. | NO. C09-04538 RS<br><br>**PLAINTIFF'S EX PARTE REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLARATION OF COUNSEL IN SUPPORT THEREOF;** ~~PROPOSED~~ **ORDER**<br><br>AS AMENDED BY THE COURT |

Plaintiff hereby requests that the court continue the date for the initial Case Management Conference for ninety days from January 27, 2010 to April 21, 2010, at 2:30 PM in Courtroom 4, 5th Floor. Additionally, plaintiff requests that the last date for the ADR conference be continued from January 6, 2010 to March 31, 2010 and the last date for serving Rule 26(f) disclosures from January 20, 2010 to April 14, 2010. These continuances are necessary because the complaint and summons have not yet been served for the reasons set forth below in the Declaration of Counsel.

Dated: January 15, 2010                              /s/
                                                            KATE WELLS
                                                      Attorney for Plaintiff

**DECLARATION OF KATE WELLS**

I, KATE WELLS, declare:

1. I am the counsel of record for the plaintiff in the above-referenced case.

2. Due to unforeseen circumstances of a personal nature, including serious health issues concerning my father, I have been unable to accomplish service on the defendants in this action.

3. I anticipate that service will be completed by today.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 15th day of January, 2010, at Santa Cruz, California.

/s/
KATE WELLS

**(PROPOSED) ORDER**

GOOD CAUSE APPEARING THEREFOR

the Initial Case Management Conference is hereby continued from January 27, 2010, to 4/22/10, 10:00 am ~~April 21, 2010, at 2:30 p.m.;~~ the ADR deadlines are continued from January 6, 2010, to March 31, 2010; and the last date for serving Rule 26(f) disclosures is continued from January 20, 2010, to April 14, 2010. The Case Management Conference will take place in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

Dated: 01/15/2010

U.S. DISTRICT COURT JUDGE RICHARD SEEBORG

PLAINTIFF'S REQUEST FOR CONTINUANCE OF CMC AND ADR DEADLINES
*Huezo v. City of Watsonville,* Case No C09-04538 RS

2