**\*E-Filed 02/16/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO HUEZO, | No. C 09-04538 RS |
| Plaintiff, | **ORDER RE: STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY OF WATSONVILLE, et al., | |
| Defendants. | |

The parties ask that their upcoming Case Management Conference, along with all other pre-trial hearings and the trial itself, take place in San Jose; or in the alternative, that this matter be reassigned to a District Judge in the San Jose Division. These requests are denied.

The upcoming CMC is currently scheduled for April 22, 2010, at 10:00 a.m. in Courtroom 3, 17th Floor, San Francisco. This time and location will not be altered without a good cause, but the Court will entertain written requests for telephonic appearance pursuant to Civil Local Rule 16-10(a).

IT IS SO ORDERED.

Dated: 02/16/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE