KATE WELLS, State Bar #107051
Attorney at Law
2600 Fresno Street
Santa Cruz, California 95062
Telephone: (831) 479-4475
Facsimile: (831) 479-4476
Email: lioness@got.net

Attorney for Plaintiff, FRANCISCO HUEZO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO HUEZO, ) | NO.  C09-04538 RS |
| ) | |
| Plaintiff, ) | **DISMISSAL BY STIPULATION;** |
| ) | **REQUEST FOR ORDER** |
| vs. ) | |
| ) | |
| CITY OF WATSONVILLE; ) | |
| OFFICER E. RODRIGUEZ; ) | |
| OFFICER M. CHAPPELL; ) | |
| OFFICER C. RANGEL; OFFICER ) | |
| M. GONZALES; and DOES ONE ) | |
| through 15; ) | |
| ) | |
| Defendants. ) | |
|  ) | |

Counsel for the plaintiffs and defendants submit the following stipulated order of dismissal with prejudice for the signature of the Honorable Richard Seeborg to terminate the above-captioned lawsuit:

Plaintiff Francisco Huezo, through his counsel of record, Kate Wells, agrees to voluntarily dismiss with prejudice the above-captioned lawsuit against defendants City of Watsonville, Officer E. Rodriguez, Officer M. Chappell, Officer C. Rangel, and Officer M. Gonzales.  The dismissal is in exchange for a full and final settlement of plaintiff's claims against the defendants under the terms set forth in open court on July 20, 2010.

DISMISSAL BY STIPULATION; REQUEST FOR ORDER
*Huezo v. City of Watsonville, et al.* Case No. C09-04538 RS

1  IT IS SO STIPULATED.

2

3                                           LAW OFFICE OF KATE WELLS

4

5

6  Dated: 8/27/10                                      /s/
                                           Kate Wells
7                                          Attorney for Plaintiff, Francisco Huezo

8

9

10                                         GRUNSKY, EBEY, FARRAR & HOWELL

11

12
   Dated: 8/27/10              By:                    /s/
13                                         Rebecca Connolly
                                           Attorneys for Defendants, City of
14                                         Watsonville, and Officers  E. Rodriguez, M.
                                           Chappell, C. Rangel, and M. Gonzales
15

16                            **ORDER BY STIPULATION**

17       The foregoing stipulation showing good cause to dismiss the above-captioned

18  case, IT IS HEREBY ORDERED that this case be dismissed with prejudice.

19

20

21
    Dated:    8/30/10
22                                         THE HONORABLE RICHARD SEEBORG
                                           UNITED STATES DISTRICT COURT JUDGE
23

24

25

26

27

28
    DISMISSAL BY STIPULATION; REQUEST FOR ORDER
    *Huezo v. City of Watsonville, et al.* Case No. C09-04538 RS

                                                                                    2